# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**                                                                               **Case No. 1:19-cv-224-AW-GRJ**

**201 MIRACLE FWB, LLC,**
**d/b/a FAIRWAY INN,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 20. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The Clerk will close the file.

SO ORDERED on February 11, 2020.

                                                       s/ *Allen Winsor*
                                                       United States District Judge